# **EXHIBIT 5**

## IN THE PROBATE COURT FOR RUTHERFORD COUNTY, TENNESSEE
## AT MURFREESBORO

IN THE MATTER OF:
Conservatorship of William Herman Smithson, Jr.,
a Disabled Person.

B. JO ATWOOD, Conservator for
William Herman Smithson, Jr.

    Petitioner,

v.

KYLE SMITHSON

    Respondent.



### ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER

It is, therefore, **ORDERED**, that the Petitioner, B. Jo Atwood, Conservator for William Herman Smithson, Jr., shall be, and hereby is granted a temporary restraining order against Respondent prohibiting and enjoining Respondent, Kyle Smithson, from removing, conveying, selling, giving, contracting to sell or otherwise transferring any of the personal property located at 2925 Beasley Road, Chapel Hill, Tennessee and to remit all monies from the "Estate Sale" conducted by Ole Grapevine held by the Respondent and/or any third parties to the Conservator for the benefit of the Ward.

It is further **ORDERED** that this restraining order shall remain in full force and effect for fifteen (15) days, unless otherwise ordered by this Court or until a hearing for temporary injunction which shall be set for February, 14, 2019 at 8:30 a.m. before the Honorable Toby Gilley, whichever comes first.

IT IS SO ORDERED.

THIS THE 13th DAY OF FEBRUARY, 2019 at 11:53 O'CLOCK A. M.

_____
HONORABLE TOBY GILLEY, JUDGE

APPROVED FOR ENTRY:

_____
B. JO ATWOOD #011981
Conservator for William Herman Smithson, Jr.
144 Uptown Square
Murfreesboro, Tennessee 37129
Telephone: (615) 895-2421
Facsimile; (615) 895-2422

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Probate Clerk for service of process on the Respondent on this 8th day of February, 2019.

John Robert Toy II
745 South Church St. #240
Murfreesboro, TN 37130
john@parkertoylaw.com

Bonita Tucker
Guardian Ad Litem
8 North Public Square
Murfreesboro, TN 37130
bonita84@bellsouth.net

*B. Jo Atwood* (signature)